**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANGEL REGALADO, | ) | NO. CV 08-00672-DSF (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| D.L. DEXTER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 11/17/08

*Dale S. Fischer*

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE